UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIA DIVISION

CASE NUMBER: 23-CR-20335-RNS

**UNITED STATES OF AMERICA,**
      **Plaintiff,**
vs.

**GLEB KLIONER,**
      **Defendant.**
_____/

***UNOPPOSED* DEFENDANT'S MOTION TO CONTINUE
CALENDAR CALL AND TRIAL**

Comes now, the Defendant, **GLEB KLIONER**, by and through the undersigned counsel, and unopposed by Assistant United States Attorney, Yisel Valdes, and respectfully requests that the Calendar Call and Trial currently set for October 3, 2023, and October 10, 2023, respectively, at 9 AM [DE 8] be continued, and as grounds Counsel respectfully states as follows:

1. The Defendant was arraigned, and discovery was received on or about September 7, 2023. [DE 10].

2. The matter involves numerous financial records as well as medical records that the defense is working on obtaining. Counsel is in the process of requesting the necessary releases to obtain the documents due to HIPAA, but some providers may require a subpoena rather than a request/release from Mr. Klioner.

3. Counsel is in the process of reviewing the evidence with Mr. Klioner to determine the next steps and determine if this matter will plea or proceed to trial, but on top of the delay in getting the necessary documents, are the Jewish Holidays, as Mr. Klioner is observant and as such will be unavailable during the period of Sukkot from Friday September 29 through Friday

October 6, 2023.

4. This request is not meant to delay the matter but allow Mr. Klioner to properly review the discovery as well as obtain records necessary for his case.

5. Counsel for Mr. Klioner is going to be unavailable for most of December 2023. Counsel is set for trial in USA vs Jaber in the Middle District of Florida for the first two (2) weeks of December.[1] Furthermore, Counsel will be out of the country from December 20, 2023, through January 4, 2024. Counsel will also be out of town February 10 – 19, 2024.

6. Counsel respectfully requests a calendar call and trial date, towards the end of January or end of February, if the Court can accommodate.

7. Furthermore, Mr. Klioner waives the time under the Speedy Trial Act.

WHEREFORE, based upon the forgoing, it is respectfully requested that the Court grant the unopposed motion to continue Calendar Call and Trial currently set for October 3, 2023, and October 10, 2023, respectively, at 9 AM [DE 8].

## 88.9 COMPLIANCE

I HEREBY CERTIFY that I have spoken with Assistant United States Attorney, Yisel Valdes, on behalf of defendants, **GLEB KLIONER**, and she has no objection to this motion.

Respectfully submitted,

By: /s/ *David Seltzer*
 DAVID SELTZER
 Attorney for the Defendant
 Florida Bar #782041
 10750 NW 6th Court
 Miami, Florida 33168

---

[1] There is a Motion to Suppress evidence that will be heard on October 26, 2023, so the trial date is subject to the Court's ruling on the motion to suppress.

Tel: 305.444.1565  
Fax: 305.444.1665

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

*/s/ David Seltzer*
DAVID SELTZER
Attorney for the Defendant
Florida Bar #782041