UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20335-Ruiz

UNITED STATES OF AMERICA

v.

GLEB KLIONER
_____/

## GOVERNMENT'S AMENDED PROPOSED WITNESS LIST

The United States submits the following list of potential witnesses at trial in its case-in-chief.  For those witnesses affiliated with law enforcement, their affiliations are referenced in parentheticals alongside their respective names.

At present, the government anticipates calling between nine and ten witnesses in its case-in-chief – not including records custodians, to the extent they may be necessary.  Below are the ten witnesses.  The government requests leave to call additional witnesses as they may become necessary.

1. Rene Aton Bendena
2. Adam Creedon
3. Mick Duchon
4. Staci Rutman
5. Motty Segal
6. Kirill Stadnikov
7. Girlinda St. Hilaire
8. Charlene Suarez
9. Maureen White
10. Nicholas Wilcox (FBI)

Below are individuals who the government presently does not expect to call in its case-in-chief, but who the government is listing out of an abundance of caution.

1. Iala Garcia
2. Jocalyn Gilmore (FBI)
3. Matthew Lanthorn (FBI)

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

/s/ Michael S. Davis
MICHAEL S. DAVIS
ASSISTANT UNITED STATES ATTORNEY
FL BAR # 972274
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9027 (phone); (305) 536-4675 (fax)
E-mail: Michael.Davis2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed a copy of this document with the Clerk using CM/ECF.

/s/ Michael S. Davis
MICHAEL S. DAVIS
ASSISTANT UNITED STATES ATTORNEY