UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**23-20335-CR-SCOLA/GOODMAN**

CASE NO. _____

18 U.S.C. § 1343
18 U.S.C. § 982(a)(2)(A)

UNITED STATES OF AMERICA

vs.

**GLEB KLIONER,**

Defendant.
_____/

FILED BY ___KAN___ D.C.

Aug 17, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Bank 1 was a financial institution with offices located in the state of Florida whose accounts were insured by the Federal Deposit Insurance Corporation.

2. Bank 2 was a financial institution with offices located in the state of Florida whose accounts were insured by the Federal Deposit Insurance Corporation.

3. Victim Company was a Florida corporation, with its listed principal address in Alachua County, Florida. Victim Company was the owner of a Bank 1 account ending in 1945 and the owner of a condominium in Bal Harbour, Florida ("the St. Regis condominium unit").

4. Defendant **GLEB KLIONER**, a resident of Miami-Dade County, Florida, worked as a real estate agent at a real estate brokerage firm from in or around October 2018 through in or around July 2021. **KLIONER** had a personal bank account at Bank 2 ending in 8122 and he was an authorized signer of Victim Company's Bank 1 account ending in 1945.

5.  Victim 1 was a resident of Dubai, United Arab Emirates and was a Director and the Vice President of Victim Company.

6.  Victim 2 was a resident of Dubai, United Arab Emirates and was a Director and the President of Victim Company.

## WIRE FRAUD
### (18 U.S.C. § 1343)

1.  Paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.  From in or around December 2020, through in or around May 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GLEB KLIONER,**

did knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### PURPOSE OF THE SCHEME AND ARTIFICE

3.  The purpose of the scheme and artifice was for **GLEB KLIONER** to unlawfully enrich himself by misappropriating the victims' money for his personal use and benefit by making materially false and fraudulent representations and concealing and failing to state material facts concerning the victims' money.

## SCHEME AND ARTIFICE

7.  On or about March 10, 2021, **GLEB KLIONER**, on behalf of Victim 1 and Victim 2, closed on the sale of the St. Regis condominium unit. **KLIONER** disregarded Victim 1's and Victim 2's request to send the proceeds to their foreign bank account and instead arranged to have the proceeds wired to Victim Company's Bank 1 account ending in 1945. On March 10, 2021, the sale proceeds, $3,885,023.02, were wired to Victim Company's Bank 1 account ending in 1945.

8.  Thereafter, Victim 1 and Victim 2 asked **GLEB KLIONER** to wire the sale proceeds to their foreign bank account. In response, for over two months, **KLIONER** falsely

and fraudulently represented to Victim 1 and Victim 2 that he could not immediately wire the money to Victim 1 and Victim 2 based on several false and fraudulent proffered reasons.

9. On or about March 17, 2021, **GLEB KLIONER** wired almost all of the sale proceeds, $3,734,277.21, to his personal account at Bank 2 ending in 8122. Subsequently, without the victims' knowledge or consent, from on or about March 17, 2021, through on or about April 26, 2021, **KLIONER** wired the victims' money to his Fidelity investment account. Thereafter, without the victims' knowledge or consent, **KLIONER** used the victims' money in speculative trading, and by May 31, 2021, **KLIONER** lost all of the victims' money through these speculative trades.

## USE OF WIRES

10. On or about March 17, 2021, the defendant, for the purpose of executing the scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, that is, a wire transfer of approximately $3,734,277.21 from Victim Company Bank 1's account ending in 1945 to the defendant's Bank 2 account ending in 8122, in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
YISEL VALDES
ASSISTANT UNITED STATES ATTORNEY

5