UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20335-RAR

UNITED STATES OF AMERICA

v.

**GLEB KLIONER,**

       Defendant.
_____/

**VERDICT**

We, the jury, unanimously find the Defendant, Gleb Klioner, as to Count 1:

    ✓
_____               _____
  Guilty                   Not Guilty

If you find the Defendant Guilty of Count 1, you must address the question below. If you find the Defendant Not Guilty of Count 1, you should not address the question below.

The question is whether the Defendant is "Not Guilty Only by Reason of Insanity." If you unanimously find that the Defendant is "Not Guilty Only by Reason of Insanity," you should check the box below that says "Yes." If you unanimously find that the evidence has not established that the Defendant is "Not Guilty Only by Reason of Insanity," you should check the box below that says "No." Either way, your verdict as to this question must be unanimous.

As to the question of whether the Defendant, Gleb Klioner, is "Not Guilty Only by Reason of Insanity," we, the jury, unanimously find:

_____                                    ✓_____
Yes                                                                                  No

SO SAY WE ALL.

_____                    _____
Foreperson's Name (Printed)                         Foreperson's Signature